1  NELSON L. COHEN, ESQ.
   Nevada State Bar No. 7657
2  PAUL A. ACKER, ESQ.
   Nevada State Bar No. 3670
3  BREMER WHYTE BROWN & O'MEARA LLP
   1160 NORTH TOWN CENTER DRIVE
4  SUITE 250
   LAS VEGAS, NV 89144
5  TELEPHONE:  (702) 258-6665
   FACSIMILE:  (702) 258-6662
6  ncohen@bremerwhyte.com
   packer@bremerwhyte.com
7
   Attorneys for Defendant,
8  AMERICAN FAMILY INSURANCE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TINA M. BROWNING as Special Administrator of the Estate of JAMES PETTIE,<br><br>　　　　Plaintiff,<br>vs.<br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, DOES I through V and ROE CORPORATIONS VI through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:13-cv-00340-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF LITIGATION WITH PREJUDICE** |

　　　　COMES NOW, Plaintiff TINA M. BROWNING As Special Administrator of the Estate of James Pettie ("Plaintiff"), by and through her attorneys of record, Daniel Simon, Esq. and Adam Muslusky, Esq. of THE SIMON LAW GROUP, and Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY ("Defendant"), by and through its attorneys of record, Nelson L. Cohen, Esq. and Paul A. Acker, Esq. of the law firm of BREMER WHYTE BROWN & O'MEARA, LLP, and hereby agree to dismiss this litigation with prejudice. The parties further

///

///

///

///

BREMER WHYTE BROWN & O'MEARA LLP
7670 West Lake Mead Blvd.
Suite 225
Las Vegas, NV 89128
(702) 258-6665

C:\Users\jen\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\75U05RX2\STIP FOR DISMISSAL.docx

agree that all parties will bear their own attorney's fees and costs in connection with these claims.

DATED this __ day of ~~February~~ MAY, 2014.        DATED this 27 day of ~~February~~ MAY, 2014.

**THE SIMON LAW GROUP**                              **BREMER WHYTE BROWN & O'MEARA, LLP**

By:_____                          By:_____
Daniel Simon, Esq.                                   Nelson L. Cohen, Esq.
Nevada Bar No. 4750                                  Nevada Bar No. 7657
Adam Muslusky, Esq.                                  Paul A. Acker, Esq.
Nevada Bar No. 7457                                  Nevada Bar No. 3670
810 South Casino Center Blvd.                        1160 N. Town Center Drive, #250
Las Vegas, NV 89101                                  Las Vegas, Nevada 89144
*Attorneys for Plaintiff*                            *Attorneys for Defendant*

## ORDER

IT IS HERBY ORDERED, ADJUDGED, AND DECREED that this lawsuit shall be dismissed with prejudice and that the parties shall bear their own costs and attorneys' fees in connection with these claims.

**DATED** this 27th day of May, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Submitted by:

**BREMER WHYTE BROWN & O'MEARA, LLP**

By_____
Nelson L. Cohen, Esq.
Nevada Bar No. 7657
Paul A. Acker, Esq.
Nevada Bar No. 3670
1160 N. Town Center Drive, #250
Las Vegas, Nevada 89144
*Attorneys for Defendant*

BREMER WHYTE BROWN & O'MEARA LLP
7670 West Lake Mead Blvd.
Suite 225
Las Vegas, NV 89128
(702) 258-6665

2

C:\Users\jen\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\75U05RX2\STIP FOR DISMISSAL.docx

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 27th day of May, 2014, I served a copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF THE LITIGATION WITH PREJUDICE** by causing a copy of the same to be duly deposited in the United States Mail, postage prepaid, addressed to:

Daniel Simon, Esq.
Adam Muslusky, Esq.
SIMON LAW GROUP
810 S. Casino Center Blvd.
Las Vegas, NV 89101
*Attorneys for Plaintiff*

_____
An Employees of
BREMER WHYTE BROWN & O'MEARA, LLP

H:\1183\746\Closing\STIP FOR DISMISSAL.docx